UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYDELL WILSON,<br><br>       Plaintiff,<br><br>   v.<br><br>TRAIN,<br><br>       Defendant. | Case No.  14-cv-00940-JSC<br><br>**ORDER TO SHOW CAUSE RE FAILURE TO PROSECUTE** |

Plaintiff, a California prisoner proceeding pro se, filed this civil rights action under 42 U.S.C. § 1983 against Dung Tran, a Santa Clara County Sheriff's Deputy.[1]  Plaintiff did not file an opposition to the summary judgment motion and has filed nothing in this case since he filed the complaint over one year ago.  Therefore, it is not clear whether Plaintiff wishes to continue prosecuting this case.  Plaintiff shall notify the Court whether he still intends to pursue this case by filing with the Court, **on or before June 15, 2015,** a notice of intent to prosecute and mailing a copy of the notice to the Defendant's attorney, the Office of the County Counsel of Santa Clara County.  If Plaintiff fails to do so within the allotted time, **this case will be dismissed without prejudice under Rule 41(a) of the Federal Rules of Civil Procedure**.

**IT IS SO ORDERED.**

Dated: May 14, 2015

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge

---

[1] The parties have consented to the jurisdiction of a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c).  (Dkt. Nos. 1, 15.)