UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| LYDELL WILSON, | No. 14-CV-00940 JSC (NJV) |
| Plaintiff, | ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM |
| v. | |
| TRAIN, | |
| Defendant. | |

It is hereby ordered that the Clerk of the Court issue a Writ of Habeas Corpus Ad Testificandum for the person of LYDELL WILSON, inmate no. OPL-491, presently in custody at the Santa Clara County Jail, as the presence of said witness will be necessary at proceedings in the above-entitled cause and thereafter as may be required

Dated: July 16, 2015

_____
NANDOR J. VADAS
United States Magistrate Judge

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO:   Head Jailer, Santa Clara County Jail

GREETINGS

WE COMMAND that you have and produce the body of LYDELL WILSON, inmate no. OPL-491 in your custody in the hereinabove-mentioned institution, before the United States District Court at Solano State Prison on August 18, 2015, at 12:00 p.m., in order that said prisoner may then and there participate in the SETTLEMENT CONFERENCE in the matter of WILSON v. TRAIN, and at the termination of

said hearing return him forthwith to said hereinabove-mentioned institution, or abide by such order of the above-entitled Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of the proceedings for which his testimony is required in this Court;

      Witness the Honorable Nandor J. Vadas, Magistrate Judge of the United States District Court for the Northern District of California.

Dated: July 16, 2015

                                        RICHARD WIEKING
                                        CLERK, UNITED STATES DISTRICT COURT

By:  Linn Van Meter
     Administrative Law Clerk

Dated: July 16, 2015



NANDOR J. VADAS
United States M...