UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LYDELL WILSON,

    Plaintiff,

  v.

TRAIN,

    Defendant.

Case No.  14-cv-00940-JSC   (NJV)

**REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING**

    A settlement conference was held on August 18, 2015 at Solano State Prison, and the results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, and each possessed the requisite settlement authority:

    ( X ) Plaintiff, Lydell Wilson.

    (  ) Warden or warden's representative

    (  ) Office of the California Attorney General

    ( X ) Other: David Rollo, Deputy County Counsel.

(2) The following individuals, parties, and/or representatives did not appear:

_____

(3) The outcome of the proceeding was:

    ( X ) The case has been completely settled.  A status conference is scheduled for September 22, 2015 at 1:00 pm.  The parties shall dial 888.684.8852 and enter access code 1868782 to make their appearancs.

    (  ) The case has been partially resolved and counsel for defendants shall file a joint stipulation regarding those claims which have been resolved.  The issues outlined on the sheet

attached remain for this Court to resolve.

( ) The parties are unable to reach an agreement at this time.

**IT IS SO ORDERED.**

Dated:  August 26, 2015

_____
NANDOR J. VADAS
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYDELL WILSON,<br><br>        Plaintiff,<br><br>   v.<br><br>TRAIN,<br><br>        Defendant. | Case No.  14-cv-00940-JSC   (NJV)<br><br>**CERTIFICATE OF SERVICE** |

    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

    That on August 26, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Lydell Wilson ID: OPL-491
Santa Clara County Jail Housing Unit 4C
885 North San Pedro Street
San Jose, CA 95110

Dated: August 26, 2015

                                          Richard W. Wieking
                                          Clerk, United States District Court

                                          By:_____
                                          Gloria Knudson, Deputy Clerk to the
                                          Honorable NANDOR J. VADAS