United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

LYDELL WILSON,

              Plaintiff,

     v.

TRAIN,

              Defendants.

Case No.  14-cv-00940-JSC  (NJV)

**ORDER SETTING STATUS CONFERENCE**

This matter is HEREBY SET for a telephonic status conference on March 8, 2016, at 1:00 pm.  The parties shall attend the status conference by dialing 888-684-8852 and entering access code 1868782.

     **IT IS SO ORDERED**.

Dated: February 23, 2016

_____

NANDOR J. VADAS
United States Magistrate Judge